# Revocation Minute Sheet
for the Honorable Fernando J. Gaitan, Jr., Chief U. S. District Court Judge

**UNITED STATES OF AMERICA**　　　　Case No:  09-00239-02-CR-W-FJG
vs.　　　　　　　　　　　　　　　　　　Date:  01/17/12
**JAMES B. DRAKE**

<u>Plaintiff Counsel</u>　　　　　　　　　　<u>Defendant Counsel</u>
William Meiners, AUSA　　　　　　　David Johnson

Time Commenced:  10:09 am/ Time Terminated: 10:22 am **TOTAL TIME**:  13 minutes

Parties appear for hearing.  Defendant sworn and admits to violation(s) of conditions regarding not paying for gas at Casey's and tickets in Johnson County, MO, for driving while license is suspended.  Defendant does not contest (neither admits nor denies) allegations regarding possible state charges.  Counsel make statements regarding sentence to be imposed.  Defendant makes short statement on his behalf.  The Court REVOKES the Defendant's Probation [granting government's motion to revoke (Doc. #74)].

The Defendant is sentenced to:
INCARCERATION:     6   Months custody of the BOP.
SUPERVISED RELEASE:   30   Months.
SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION - see J&C.

Defendant is remanded to the custody of U.S. Marshal.


Court Reporter/ERO - Gayle Wambolt　　　　　　　Rhonda Enss, Courtroom Deputy